IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Joseph Pacheco, | |
| Plaintiff(s), | Case Number: 1:17cv445 |
| vs. | Judge Susan J. Dlott |
| Commissioner of Social Security, | |
| Defendant(s). | |

ORDER

This matter is before the Court on the parties' Joint Stipulation to Award Attorney's Fees under the Equal Access to Justice Act (EAJA) (Doc. 16). The parties have stipulated and petitioned the Court to enter an order awarding attorney fees in the amount of $2,125.00 and costs in the amount of $400.00 under the EAJA, 28 U.S.C. §2412. The award of attorney fees will fully satisfy any and all plaintiff's claims for fees, costs and expenses under 28 U.S.C. §2412, that may be payable in this case.

Any fees belong to plaintiff and can be offset to satisfy any pre-existing debt that plaintiff owes the United States, pursuant in the decision in *Astrue v. Ratliff,* 560 U.S. - 130 S. Ct. 2521 (June 14, 2010).

Therefore, the stipulation to award EAJA fees is GRANTED.

IT IS SO ORDERED.

Susan J. Dlott

Judge Susan J. Dlott
United States District Court